**Order filed July 16, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00455-CV

_____

## IN THE INTEREST OF J.W.K. AKA J.K., K.D.R. AKA K.K., K.D.R., JR. AND Q.S.B., children

_____

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2011-03425J**

_____

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due **July 16, 2012.** No brief has been filed. On July 16, 2012, appellant requested a *second* extension of time to file the brief until July 26, 2012. When appellant's first request was granted, the court notified appellant that no further extensions would be granted.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM